UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: LAWLER, MARJORIE C § Case No. 10-53508-BB
§
§
Debtor(s) §

# TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on December 02, 2010. The undersigned trustee was appointed on December 03, 2010.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of          $         15,000.00

| | |
|---|---:|
| Funds were disbursed in the following amounts: | |
| Payments made under an interim distribution | 0.00 |
| Administrative expenses | 10.70 |
| Bank service fees | 273.28 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of [1]   $ | 14,716.02 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

      6. The deadline for filing non-governmental claims in this case was 05/18/2011 and the deadline for filing governmental claims was 05/18/2011.  All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

      7. The Trustee's proposed distribution is attached as **Exhibit D**.

      8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $2,250.00.  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

      The trustee has received $0.00 as interim compensation and now requests the sum of $2,250.00, for a total compensation of $2,250.00.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $0.00, for total expenses of $0.00.[2]

      Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 06/17/2014           By: /s/THOMAS B. SULLIVAN, TRUSTEE
                                           Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

Exhibit A

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 10-53508-BB  
**Case Name:** LAWLER, MARJORIE C  

**Trustee:** (330180) THOMAS B. SULLIVAN, TRUSTEE  
**Filed (f) or Converted (c):** 12/02/10 (f)  
**§341(a) Meeting Date:** 12/27/10  

**Period Ending:** 06/17/14  

**Claims Bar Date:** 05/18/11

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | checking acct at TCF Bank<br>    Orig. Asset Memo: Imported from original petition Doc# 1 | 152.00 | 0.00 | | 0.00 | FA |
| 2 | misc furniture and appliances including 2 sewing<br>    Orig. Asset Memo: Imported from original petition Doc# 1 | 1,000.00 | 0.00 | | 0.00 | FA |
| 3 | necessary clothing<br>    Orig. Asset Memo: Imported from original petition Doc# 1 | 200.00 | 0.00 | | 0.00 | FA |
| 4 | mother's ring and misc jewelry<br>    Orig. Asset Memo: Imported from original petition Doc# 1 | 1,200.00 | 0.00 | | 0.00 | FA |
| 5 | IMRF pension<br>    Orig. Asset Memo: Imported from original petition Doc# 1 | Unknown | 0.00 | | 0.00 | FA |
| 6 | 1992 Geo Prism<br>    Orig. Asset Memo: Imported from original petition Doc# 1 | 150.00 | 0.00 | | 0.00 | FA |
| 7 | 03 Saturn Vue<br>    Orig. Asset Memo: Imported from original petition Doc# 1 | 9,000.00 | 0.00 | | 0.00 | FA |
| 8 | Fraudulent Conveyance - Real Estate  (u) | Unknown | 15,000.00 | | 15,000.00 | FA |
| 8 | **Assets    Totals** (Excluding unknown values) | **$11,702.00** | **$15,000.00** | | **$15,000.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

Asset # 8 - receiving monies from Chapter 13 Trustee per court order

**Initial Projected Date Of Final Report (TFR):**    December 31, 2012    **Current Projected Date Of Final Report (TFR):**    December 31, 2014

Printed: 06/17/2014 08:43 AM    V.13.15

Exhibit B

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| Case Number: | 10-53508-BB | | Trustee: | THOMAS B. SULLIVAN, TRUSTEE (330180) |
|---|---|---|---|---|
| Case Name: | LAWLER, MARJORIE C | | Bank Name: | The Bank of New York Mellon |
| | | | Account: | ****-******34-65 - Money Market Account |
| Taxpayer ID #: | **-***5005 | | Blanket Bond: | $5,000,000.00   (per case limit) |
| Period Ending: | 06/17/14 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 10/18/11 | {8} | Office of Glenn B. Stearns | per court order of 04/29/2011 DEPOSIT CHECK #1486027 | 1241-000 | 477.50 | | 477.50 |
| 11/16/11 | {8} | Office of Geln B. Stearns | per court order of 04/29/2011 DEPOSIT CHECK #1488709 | 1241-000 | 477.50 | | 955.00 |
| 12/14/11 | {8} | Office of Gelnn B. Stearns | per court order of 04/29/11 DEPOSIT CHECK #1491215 | 1241-000 | 477.50 | | 1,432.50 |
| 12/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 1,407.50 |
| 01/19/12 | {8} | Office of Glen B. Stearns | per court order of 04/29/11 DEPOSIT CHECK #1493832 | 1241-000 | 477.50 | | 1,885.00 |
| 01/26/12 | | Transfer to Acct #9010013036 | Bank Funds Transfer | 9999-000 | | 1,885.00 | 0.00 |
| | | | **ACCOUNT TOTALS** | | **1,910.00** | **1,910.00** | **$0.00** |
| | | | Less: Bank Transfers | | 0.00 | 1,885.00 | |
| | | | **Subtotal** | | **1,910.00** | **25.00** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$1,910.00** | **$25.00** | |

{} Asset reference(s)                                                                                             Printed: 06/17/2014 08:43 AM    V.13.15

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

**Case Number:** 10-53508-BB  
**Case Name:** LAWLER, MARJORIE C  

**Taxpayer ID #:** **-***5005  
**Period Ending:** 06/17/14  

**Trustee:** THOMAS B. SULLIVAN, TRUSTEE (330180)  
**Bank Name:** Capital One  
**Account:** ********36 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 01/26/12 |  | Transfer from Acct #009063223465 | Bank Funds Transfer | 9999-000 | 1,885.00 |  | 1,885.00 |
| 02/15/12 | {8} | OFFICE OF GLENN B. STEARNS |  | 1241-000 | 477.50 |  | 2,362.50 |
| 03/14/12 | {8} | OFFICE OF GLENN B. STEARNS |  | 1241-000 | 477.50 |  | 2,840.00 |
| 04/11/12 | {8} | OFFICE OF GLENN B. STEARNS |  | 1241-000 | 482.50 |  | 3,322.50 |
| 05/15/12 | {8} | OFFICE OF GLENN B. STEARNS |  | 1241-000 | 482.50 |  | 3,805.00 |
| 06/12/12 | {8} | OFFICE OF GLENN B STEARNS |  | 1241-000 | 482.50 |  | 4,287.50 |
| 07/17/12 | {8} | OFFICE OF GLENN B STEARNS |  | 1241-000 | 482.50 |  | 4,770.00 |
| 08/14/12 | {8} | OFFICE OF GLENN B STEARNS |  | 1241-000 | 482.50 |  | 5,252.50 |
| 09/11/12 | {8} | OFFICE OF GLENN B STEARNS |  | 1241-000 | 482.50 |  | 5,735.00 |
| 10/17/12 | {8} | OFFICE OF GLENN B STEARNS |  | 1241-000 | 480.50 |  | 6,215.50 |
| 11/14/12 | {8} | OFFICE OF GLENN B STEARNS |  | 1241-000 | 480.50 |  | 6,696.00 |
| 11/14/12 | 1001 | OFFICE OF GLENN B. STEARNS; Reverse | Should have been a deposit<br>Voided on 11/14/12 | 1241-000 | -480.50 |  | 6,215.50 |
| 11/14/12 | 1001 | OFFICE OF GLENN B. STEARNS; Reverse | Should have been a deposit<br>Voided: check issued on 11/14/12 | 1241-000 | 480.50 |  | 6,696.00 |
| 12/26/12 | {8} | OFFICE OF GLENN B. STEARNS |  | 1241-000 | 480.50 |  | 7,176.50 |
| 01/10/13 | 1002 | THOMAS B. SULLIVAN, BANKRUPTCY TRUS | Trustee reassignment transfer | 9999-000 |  | 7,176.50 | 0.00 |
|  |  | **ACCOUNT TOTALS** |  |  | 7,176.50 | 7,176.50 | $0.00 |
|  |  | Less: Bank Transfers |  |  | 1,885.00 | 7,176.50 |  |
|  |  | **Subtotal** |  |  | 5,291.50 | 0.00 |  |
|  |  | Less: Payments to Debtors |  |  |  | 0.00 |  |
|  |  | **NET Receipts / Disbursements** |  |  | **$5,291.50** | **$0.00** |  |

{} Asset reference(s)

Printed: 06/17/2014 08:43 AM    V.13.15

Exhibit B

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

**Case Number:** 10-53508-BB  
**Case Name:** LAWLER, MARJORIE C  
**Taxpayer ID #:** **-***5005  
**Period Ending:** 06/17/14  

**Trustee:** THOMAS B. SULLIVAN, TRUSTEE (330180)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******3566 - Checking Account  
**Blanket Bond:** $5,000,000.00   (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 01/18/13 | | BRADLEY J WALLER | TRANSFER OF FUNDS FROM PREVIOUS TRUSTEE | 9999-000 | 7,176.50 | | 7,176.50 |
| 01/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 7,166.50 |
| 02/12/13 | {8} | OFFICE OF GLENN B STEARNS | PAYMENT ON CLAIM | 1241-000 | 480.50 | | 7,647.00 |
| 02/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 7,637.00 |
| 03/12/13 | {8} | OFFICE OF GLENN B STEARNS | SETTLEMENT PAYMENT | 1241-000 | 961.00 | | 8,598.00 |
| 03/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 11.35 | 8,586.65 |
| 04/16/13 | {8} | OFFICE OF GLENN STEARNS | SETTLEMENT PAYMENT | 1241-000 | 480.50 | | 9,067.15 |
| 04/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 13.47 | 9,053.68 |
| 05/14/13 | {8} | OFFICE OF GLENN B STEARNS | SETTLEMENT PAYMENT | 1241-000 | 480.50 | | 9,534.18 |
| 05/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 13.82 | 9,520.36 |
| 06/21/13 | {8} | OFFICE OF GLENN B STEARNS | SETTLEMENT PAYMENT | 1241-000 | 480.50 | | 10,000.86 |
| 06/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 12.87 | 9,987.99 |
| 07/23/13 | {8} | OFFICE OF GLENN STEARNS | SETTLEMENT FUNDS | 1241-000 | 480.50 | | 10,468.49 |
| 07/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 15.96 | 10,452.53 |
| 08/26/13 | {8} | OFFICE OF BLEN B STEARNS | SETTLEMENT PAYMENT | 1241-000 | 480.50 | | 10,933.03 |
| 08/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 15.10 | 10,917.93 |
| 09/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 15.17 | 10,902.76 |
| 10/21/13 | {8} | OFFICE OF GLEN B STEARNS | SETTLEMENT PAYMENT | 1241-000 | 961.00 | | 11,863.76 |
| 10/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 17.66 | 11,846.10 |
| 11/19/13 | {8} | OFFICE OF GLENN B STEARNS | SETTLEMENT PAYMENT | 1241-000 | 480.50 | | 12,326.60 |
| 11/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 16.08 | 12,310.52 |
| 12/30/13 | {8} | OFFICE OF GLENN B STEARNS | SETTLEMENT PAYMENT | 1241-000 | 480.50 | | 12,791.02 |
| 12/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 19.47 | 12,771.55 |
| 01/21/14 | {8} | OFFICE OF GLENN STEARNS | SETTLEMENT FUNDS | 1241-000 | 480.50 | | 13,252.05 |
| 01/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 19.18 | 13,232.87 |
| 02/03/14 | 101 | INTERNATIONAL SURETIES, | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/31/2013 FOR CASE #10-53508, BOND#016026455 | 2300-000 | | 10.70 | 13,222.17 |
| 02/25/14 | {8} | GLEN B STEARNS | SETTLEMENT PAYMENT | 1241-000 | 480.50 | | 13,702.67 |
| 02/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 17.80 | 13,684.87 |
| 03/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 19.02 | 13,665.85 |
| 04/21/14 | {8} | OFFICE OF GLENN B STEARNS | SETTLEMENT FUNDS | 1241-000 | 961.00 | | 14,626.85 |
| 04/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 21.33 | 14,605.52 |
| 05/13/14 | {8} | OFFICE OF GLEN STEARNS | SETTLEMENT PAYMENT | 1241-000 | 110.50 | | 14,716.02 |

Subtotals :    $14,975.00    $258.98

{} Asset reference(s)    Printed: 06/17/2014 08:43 AM    V.13.15

Exhibit B

# Form 2

Page: 4

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** 10-53508-BB | **Trustee:** THOMAS B. SULLIVAN, TRUSTEE (330180) |
| **Case Name:** LAWLER, MARJORIE C | **Bank Name:** Rabobank, N.A. |
| | **Account:** ******3566 - Checking Account |
| **Taxpayer ID #:** **-***5005 | **Blanket Bond:** $5,000,000.00 (per case limit) |
| **Period Ending:** 06/17/14 | **Separate Bond:** N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| | | | ACCOUNT TOTALS | | 14,975.00 | 258.98 | $14,716.02 |
| | | | Less: Bank Transfers | | 7,176.50 | 0.00 | |
| | | | Subtotal | | 7,798.50 | 258.98 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $7,798.50 | $258.98 | |

Net Receipts :      15,000.00

Net Estate :      $15,000.00

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **MMA # ****-******34-65** | 1,910.00 | 25.00 | 0.00 |
| **Checking # ********36** | 5,291.50 | 0.00 | 0.00 |
| **Checking # ******3566** | 7,798.50 | 258.98 | 14,716.02 |
| | $15,000.00 | $283.98 | $14,716.02 |

# EXHIBIT C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** May 18, 2011

**Case Number:** 10-53508-BB  
**Debtor Name:** LAWLER, MARJORIE C

Page: 1

**Date:** June 17, 2014  
**Time:** 08:43:27 AM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| ADMIN1 200 | THOMAS B. SULLIVAN, TRUSTEE<br>105 W Madison<br>Suite 1500<br>Chicago, IL 60602 | Admin Ch. 7 | | $1,125.00 | $0.00 | 1,125.00 |
| ADMIN2 200 | BRADLEY WALLER<br>85 TYGERT LANE<br>DEKALB, IL 60115 | Admin Ch. 7 | | $1,125.00 | $0.00 | 1,125.00 |
| 6 560 | Americredit<br>Po Box 183853<br>Arlington, TX 76096 | Secured | WITHDRAWN/PAID IN FULL | $0.00 | $0.00 | 0.00 |
| 1 610 | American InfoSource LP as agent for TD Bank, USA<br>PO Box 248866<br>Oklahoma City, OK 73124 | Unsecured | | $3,835.16 | $0.00 | 3,835.16 |
| 2 610 | eCAST Settlement Corporation, assignee of Capital One Bank<br>POB 35480<br>Newark, NJ 07193-5480 | Unsecured | | $782.69 | $0.00 | 782.69 |
| 3 610 | eCAST Settlement Corporation, assignee of HSBC Bank Nevada and its Assigns<br>POB 35480<br>Newark, NJ 07193-5480 | Unsecured | | $3,388.07 | $0.00 | 3,388.07 |
| 4 610 | eCAST Settlement Corporation, assignee of GE Money Bank WAL-MART<br>POB 35480<br>Newark, NJ 07193-5480 | Unsecured | | $1,996.40 | $0.00 | 1,996.40 |
| 5 610 | eCAST Settlement Corporation, assignee of GE Money Bank Lowe's Consumer<br>POB 35480<br>Newark, NJ 07193-5480 | Unsecured | | $668.04 | $0.00 | 668.04 |
| 7 610 | Quantum3 Group LLC as agent for Galaxy International Purchasing LLC<br>PO Box 788<br>Kirkland, WA 98083 | Unsecured | | $3,637.53 | $0.00 | 3,637.53 |
| 8 610 | LVNV Funding LLC its successors and assigns as<br>assignee of CitiFinancial, Inc<br>Resurgent Capital Services,PO Box 10587<br>Greenville, SC 29603-0587 | Unsecured | | $9,065.89 | $0.00 | 9,065.89 |
| 9 610 | Quantum3 Group LLC as agent for Galaxy Portfolios LLC<br>PO Box 788<br>Kirkland, WA 98083 | Unsecured | | $1,850.33 | $0.00 | 1,850.33 |
| 10 610 | Quantum3 Group LLC as agent for Galaxy Portfolios LLC<br>PO Box 788<br>Kirkland, WA 98083 | Unsecured | | $3,835.16 | $0.00 | 3,835.16 |

# EXHIBIT C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** May 18, 2011

**Case Number:** 10-53508-BB  
**Debtor Name:** LAWLER, MARJORIE C

Page: 2

**Date:** June 17, 2014  
**Time:** 08:43:27 AM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 11 610 | Atlas Acquisitions LLC<br>294 Union St.<br>Hackensack, NJ 07601 | Unsecured | | $231.82 | $0.00 | 231.82 |
| **<< Totals >>** | | | | 31,541.09 | 0.00 | 31,541.09 |

**TRUSTEE'S PROPOSED DISTRIBUTION**          Exhibit D

Case No.: 10-53508-BB
Case Name: LAWLER, MARJORIE C
Trustee Name: THOMAS B. SULLIVAN, TRUSTEE

**Balance on hand:**          $          14,716.02

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors:          $          0.00
Remaining balance:          $          14,716.02

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - BRADLEY WALLER | 1,125.00 | 0.00 | 1,125.00 |
| Trustee, Fees - THOMAS B. SULLIVAN, TRUSTEE | 1,125.00 | 0.00 | 1,125.00 |

Total to be paid for chapter 7 administration expenses:          $          2,250.00
Remaining balance:          $          12,466.02

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses:          $          0.00
Remaining balance:          $          12,466.02

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims:          $          0.00
Remaining balance:          $          12,466.02

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

**UST Form 101-7-TFR (05/1/2011)**

Timely claims of general (unsecured) creditors totaling $ 29,291.09 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 42.6 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 1 | American InfoSource LP as agent for TD Bank, USA | 3,835.16 | 0.00 | 1,632.21 |
| 2 | eCAST Settlement Corporation, assignee | 782.69 | 0.00 | 333.11 |
| 3 | eCAST Settlement Corporation, assignee | 3,388.07 | 0.00 | 1,441.93 |
| 4 | eCAST Settlement Corporation, assignee | 1,996.40 | 0.00 | 849.65 |
| 5 | eCAST Settlement Corporation, assignee | 668.04 | 0.00 | 284.31 |
| 7 | Quantum3 Group LLC as agent for | 3,637.53 | 0.00 | 1,548.10 |
| 8 | LVNV Funding LLC its successors and assigns as | 9,065.89 | 0.00 | 3,858.36 |
| 9 | Quantum3 Group LLC as agent for | 1,850.33 | 0.00 | 787.48 |
| 10 | Quantum3 Group LLC as agent for | 3,835.16 | 0.00 | 1,632.21 |
| 11 | Atlas Acquisitions LLC | 231.82 | 0.00 | 98.66 |

Total to be paid for timely general unsecured claims:  $     12,466.02
Remaining balance:  $          0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| | None | | | |

Total to be paid for tardy general unsecured claims:  $          0.00
Remaining balance:  $          0.00

**UST Form 101-7-TFR (05/1/2011)**

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | | None | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

**UST Form 101-7-TFR (05/1/2011)**