# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re: LAWLER, MARJORIE C § Case No. 10-53508-BB
§
§
Debtor(s) §

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that THOMAS B. SULLIVAN, TRUSTEE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 S Dearborn Street
Chicago, IL  60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 09:15am on 07/25/2014 in Courtroom     , United States Courthouse, 150 W Jefferson Street
Second Floor
Joliet, IL
.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Date Mailed:  06/20/2014          By:   /s/THOMAS B. SULLIVAN, TRUSTEE
                                                              Trustee

THOMAS B. SULLIVAN, TRUSTEE
105 W Madison
Suite 1500
Chicago, IL  60602
(312) 878-4802

**UST Form 101-7-NFR (10/1/2010)**

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In re: LAWLER, MARJORIE C § Case No. 10-53508-BB
§
§
Debtor(s) §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

*The Final Report shows receipts of*     $ 15,000.00

*and approved disbursements of*     $ 283.98

*leaving a balance on hand of* [1]     $ 14,716.02

**Balance on hand:**     $ 14,716.02

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| | | | None | | |

Total to be paid to secured creditors:     $ 0.00
Remaining balance:     $ 14,716.02

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - BRADLEY WALLER | 1,125.00 | 0.00 | 1,125.00 |
| Trustee, Fees - THOMAS B. SULLIVAN, TRUSTEE | 1,125.00 | 0.00 | 1,125.00 |

Total to be paid for chapter 7 administration expenses:     $ 2,250.00
Remaining balance:     $ 12,466.02

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 12,466.02

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 12,466.02

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 29,291.09 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 42.6 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | American InfoSource LP as agent for TD Bank, USA | 3,835.16 | 0.00 | 1,632.21 |
| 2 | eCAST Settlement Corporation, assignee | 782.69 | 0.00 | 333.11 |
| 3 | eCAST Settlement Corporation, assignee | 3,388.07 | 0.00 | 1,441.93 |
| 4 | eCAST Settlement Corporation, assignee | 1,996.40 | 0.00 | 849.65 |
| 5 | eCAST Settlement Corporation, assignee | 668.04 | 0.00 | 284.31 |
| 7 | Quantum3 Group LLC as agent for | 3,637.53 | 0.00 | 1,548.10 |
| 8 | LVNV Funding LLC its successors and assigns as | 9,065.89 | 0.00 | 3,858.36 |
| 9 | Quantum3 Group LLC as agent for | 1,850.33 | 0.00 | 787.48 |
| 10 | Quantum3 Group LLC as agent for | 3,835.16 | 0.00 | 1,632.21 |

**UST Form 101-7-NFR (10/1/2010)**

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 11 | Atlas Acquisitions LLC | 231.82 | 0.00 | 98.66 |

| | Total to be paid for timely general unsecured claims: | $ | 12,466.02 |
|---|---|---|---|
| | Remaining balance: | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | Total to be paid for tardy general unsecured claims: | $ | 0.00 |
|---|---|---|---|
| | Remaining balance: | $ | 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | Total to be paid for subordinated claims: | $ | 0.00 |
|---|---|---|---|
| | Remaining balance: | $ | 0.00 |

**UST Form 101-7-NFR (10/1/2010)**

Prepared By: /s/THOMAS B. SULLIVAN, TRUSTEE
Trustee

THOMAS B. SULLIVAN, TRUSTEE
105 W Madison
Suite 1500
Chicago, IL  60602
(312) 878-4802

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:  
Marjorie C Lawler  
  Debtor

Case No. 10-53508-BWB  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0752-1   User: ccabrales   Page 1 of 2   Date Rcvd: Jun 20, 2014  
                      Form ID: pdf006    Total Noticed: 31

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 22, 2014.

```
db           +Marjorie C Lawler,    118 Oscar Avenue,    Joliet, IL 60433-2410
16497959    ++AMERICREDIT,    PO BOX 183853,    ARLINGTON TX 76096-3853
             (address filed with court: Americredit,     Po Box 183853,    Arlington, TX 76096)
20320030      American InfoSource LP as agent for TD Bank, USA,     PO Box 248866,
               Oklahoma City, OK  73124-8866
16497961     +Chase - Cc,    Po Box 15298,    Wilmington, DE 19850-5298
16497962      Ecast Settlement Corp,    P.O. Box 7247-6719,    Philadelphia, PA 19170-6719
16497967     +Family Health Center of Plainfield,     13550 Route 30 #100,    Plainfield, IL 60544-5686
16497968     +First Northern Cu,    300 W Adams St,    Chicago, IL 60606-5101
16497969    ++HSBC BANK,    ATTN BANKRUPTCY DEPARTMENT,    PO BOX 5213,    CAROL STREAM IL 60197-5213
             (address filed with court: Hsbc/rs,    Hsbc Retail Services Attn: Bankruptcy,    Po Box 15522,
               Wilmington, DE 19850)
16497970      Illinois Dept of Employment Sec,     P.O. Box 6996,    Chicago, IL 60680-6996
16497973      Midland Funding LLC,    c/o Midland Credit Management,    San Diego, CA 92123
16497974     +Midwest Sleep Disorders,     903 N. 129th Infantry Drive  #3,    Joliet, IL 60435-5002
16497976     +National Action Financial Services,     165 Lawrence Bell Drive #100,
               Williamsville, NY 14221-7900
16497978     +Rudy C. Paolucci DDS,    202 N. Hammes #B,    Joliet, IL 60435-8136
16497979     +Sears/cbsd,    8725 W. Sahara Ave,    The Lakes, NV 89163-0001
16497980     +Wf Fin Bank,    Po Box 182273,    Columbus, OH 43218-2273
16851208      eCAST Settlement Corporation, assignee,     of Capital One Bank,    POB 35480,
               Newark, NJ 07193-5480
16851211      eCAST Settlement Corporation, assignee,     of GE Money Bank Lowe's Consumer,    POB 35480,
               Newark, NJ 07193-5480
16851210      eCAST Settlement Corporation, assignee,     of GE Money Bank WAL-MART,    POB 35480,
               Newark, NJ 07193-5480
16851209      eCAST Settlement Corporation, assignee,     of HSBC Bank Nevada and its Assigns,    POB 35480,
               Newark, NJ 07193-5480
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
16836855      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jun 21 2014 00:33:49
               American InfoSource LP as agent for,    Target,    PO Box 248866,    Oklahoma City, OK  73124-8866
16523628     +E-mail/Text: bnc@atlasacq.com Jun 21 2014 00:29:42      Atlas Acquisitions LLC,    294 Union St.,
               Hackensack, NJ 07601-4303
16497960     +E-mail/Text: cms-bk@cms-collect.com Jun 21 2014 00:30:00      Capital Managment Services  LP,
               726 Exchange Street #700,    Buffalo, NY 14210-1464
20712453      E-mail/PDF: rmscedi@recoverycorp.com Jun 21 2014 00:39:07      Capital Recovery IV LLC,
               c/o Recovery Management Systems Corporat,     25 SE 2nd Avenue, Suite 1120,    Miami, FL 33131-1605
16996706      E-mail/PDF: resurgentbknotifications@resurgent.com Jun 21 2014 00:33:33
               Galaxy International Purchasing, LLC,     c/o B-Line, LLC,    MS 550,    PO Box 91121,
               Seattle, WA 98111-9221
17180305      E-mail/PDF: resurgentbknotifications@resurgent.com Jun 21 2014 00:31:55
               Galaxy Portfolios, LLC,     c/o B-Line, LLC,    MS 550,    PO Box 91121,    Seattle, WA 98111-9221
16497972     +E-mail/Text: ebnsterling@weltman.com Jun 21 2014 00:30:01      Kay Jewelers,    375 Ghent Rd,
               Akron, OH 44333-4600
17156157      E-mail/PDF: resurgentbknotifications@resurgent.com Jun 21 2014 00:31:55
               LVNV Funding LLC its successors and assigns as,    assignee of CitiFinancial, Inc,
               Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
16497977     +E-mail/Text: mmrgbk@miramedrg.com Jun 21 2014 00:30:30      Pellettieri,    991 Oak Creek Dr,
               Lombard, IL 60148-6408
18347458      E-mail/Text: bnc-quantum@quantum3group.com Jun 21 2014 00:30:12
               Quantum3 Group LLC as agent for,    Galaxy Portfolios LLC,    PO Box 788,
               Kirkland, WA 98083-0788
18347484      E-mail/Text: bnc-quantum@quantum3group.com Jun 21 2014 00:30:12
               Quantum3 Group LLC as agent for,    Galaxy International Purchasing LLC,    PO Box 788,
               Kirkland, WA 98083-0788
20711152      E-mail/PDF: rmscedi@recoverycorp.com Jun 21 2014 00:33:22
               Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
               Miami, FL 33131-1605
                                                                                              TOTAL: 12
```

```
              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
16497971       Justin Sweda
16497963*      Ecast Settlement Corp,    P.O. Box 7247-6719,    Philadelphia, PA 19170-6719
16497964*      Ecast Settlement Corp,    P.O. Box 7247-6719,    Philadelphia, PA 19170-6719
16497965*      Ecast Settlement Corp,    P.O. Box 7247-6719,    Philadelphia, PA 19170-6719
18347485*      Quantum3 Group LLC as agent for,    Galaxy Portfolios LLC,    PO Box 788,    Kirkland, WA 98083-0788
16497966    ##+Family Health Center of Plainfield,    23909 W. Renwick Rd  #113,    Plainfield, IL 60544-2109
16497975    ##+NAFS,    165 Lawrence Bell Drive #100,    Buffalo, NY 14221-7900
                                                                                   TOTALS: 1, * 4, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

```
District/off: 0752-1          User: ccabrales            Page 2 of 2              Date Rcvd: Jun 20, 2014
                              Form ID: pdf006            Total Noticed: 31
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 22, 2014                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 20, 2014 at the address(es) listed below:
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Ronald D Cummings    on behalf of Debtor Marjorie C Lawler bankruptcylawyer@sbcglobal.net, atty_cummings@bluestylus.com
              Thomas B Sullivan    tsullivan@wfactorlaw.com, IL19@ecfcbis.com;gsullivan@ecf.inforuptcy.com
                                                                                             TOTAL: 3