**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re: LAWLER, MARJORIE C | § Case No. 10-53508-BB |
| | § |
| | § |
| | § |
| Debtor(s) | § |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

    THOMAS B. SULLIVAN, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $11,702.00                    Assets Exempt: $2,550.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $12,466.02     Claims Discharged
                                                 Without Payment: $16,825.07

Total Expenses of Administration: $2,533.98

---

    3) Total gross receipts of $ 15,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $15,000.00 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $6,136.53 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 2,533.98 | 2,533.98 | 2,533.98 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 29,291.09 | 29,291.09 | 12,466.02 |
| **TOTAL DISBURSEMENTS** | $0.00 | $37,961.60 | $31,825.07 | $15,000.00 |

    4) This case was originally filed under Chapter 7 on December 02, 2010. The case was pending for 46 months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 09/30/2014          By: /s/THOMAS B. SULLIVAN, TRUSTEE
                                                    Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 − GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Fraudulent Conveyance - Real Estate | 1241-000 | 15,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$15,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 − FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 − SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 6 | Americredit | 4210-000 | N/A | 6,136.53 | 0.00 | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$6,136.53** | **$0.00** | **$0.00** |

## EXHIBIT 4 − CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| THOMAS B. SULLIVAN, TRUSTEE | 2100-000 | N/A | 1,125.00 | 1,125.00 | 1,125.00 |
| BRADLEY WALLER | 2100-000 | N/A | 1,125.00 | 1,125.00 | 1,125.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |

**UST Form 101-7-TDR (10/1/2010)**

| Payee | Uniform Tran. Code | | | | |
|---|---|---|---|---|---|
| Rabobank, N.A. | 2600-000 | N/A | 11.35 | 11.35 | 11.35 |
| Rabobank, N.A. | 2600-000 | N/A | 13.47 | 13.47 | 13.47 |
| Rabobank, N.A. | 2600-000 | N/A | 13.82 | 13.82 | 13.82 |
| Rabobank, N.A. | 2600-000 | N/A | 12.87 | 12.87 | 12.87 |
| Rabobank, N.A. | 2600-000 | N/A | 15.96 | 15.96 | 15.96 |
| Rabobank, N.A. | 2600-000 | N/A | 15.10 | 15.10 | 15.10 |
| Rabobank, N.A. | 2600-000 | N/A | 15.17 | 15.17 | 15.17 |
| Rabobank, N.A. | 2600-000 | N/A | 17.66 | 17.66 | 17.66 |
| Rabobank, N.A. | 2600-000 | N/A | 16.08 | 16.08 | 16.08 |
| Rabobank, N.A. | 2600-000 | N/A | 19.47 | 19.47 | 19.47 |
| Rabobank, N.A. | 2600-000 | N/A | 19.18 | 19.18 | 19.18 |
| INTERNATIONAL SURETIES, | 2300-000 | N/A | 10.70 | 10.70 | 10.70 |
| Rabobank, N.A. | 2600-000 | N/A | 17.80 | 17.80 | 17.80 |
| Rabobank, N.A. | 2600-000 | N/A | 19.02 | 19.02 | 19.02 |
| Rabobank, N.A. | 2600-000 | N/A | 21.33 | 21.33 | 21.33 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | **$2,533.98** | **$2,533.98** | **$2,533.98** |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | None | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBIT 7 –GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | American InfoSource LP as agent for TD Bank, USA | 7100-000 | N/A | 3,835.16 | 3,835.16 | 1,632.21 |
| 2 | eCAST Settlement Corporation, assignee | 7100-000 | N/A | 782.69 | 782.69 | 333.11 |
| 3 | eCAST Settlement Corporation, assignee | 7100-000 | N/A | 3,388.07 | 3,388.07 | 1,441.93 |
| 4 | eCAST Settlement Corporation, assignee | 7100-000 | N/A | 1,996.40 | 1,996.40 | 849.65 |
| 5 | eCAST Settlement Corporation, assignee | 7100-000 | N/A | 668.04 | 668.04 | 284.31 |
| 7 | Quantum3 Group LLC as agent for | 7100-000 | N/A | 3,637.53 | 3,637.53 | 1,548.10 |
| 8 | LVNV Funding LLC its successors and assigns as | 7100-000 | N/A | 9,065.89 | 9,065.89 | 3,858.36 |
| 9 | Quantum3 Group LLC as agent for | 7100-000 | N/A | 1,850.33 | 1,850.33 | 787.48 |
| 10 | Quantum3 Group LLC as agent for | 7100-000 | N/A | 3,835.16 | 3,835.16 | 1,632.21 |
| 11 | Atlas Acquisitions LLC | 7100-000 | N/A | 231.82 | 231.82 | 98.66 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $0.00 | $29,291.09 | $29,291.09 | $12,466.02 |

**UST Form 101-7-TDR (10/1/2010)**

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 10-53508-BB  **Trustee:** (330180) THOMAS B. SULLIVAN, TRUSTEE
**Case Name:** LAWLER, MARJORIE C  **Filed (f) or Converted (c):** 12/02/10 (f)
  **§341(a) Meeting Date:** 12/27/10
**Period Ending:** 09/30/14  **Claims Bar Date:** 05/18/11

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1   checking acct at TCF Bank<br>    Orig. Asset Memo: Imported from original petition Doc# 1 | 152.00 | 0.00 | | 0.00 | FA |
| 2   misc furniture and appliances including 2 sewing<br>    Orig. Asset Memo: Imported from original petition Doc# 1 | 1,000.00 | 0.00 | | 0.00 | FA |
| 3   necessary clothing<br>    Orig. Asset Memo: Imported from original petition Doc# 1 | 200.00 | 0.00 | | 0.00 | FA |
| 4   mother's ring and misc jewelry<br>    Orig. Asset Memo: Imported from original petition Doc# 1 | 1,200.00 | 0.00 | | 0.00 | FA |
| 5   IMRF pension<br>    Orig. Asset Memo: Imported from original petition Doc# 1 | Unknown | 0.00 | | 0.00 | FA |
| 6   1992 Geo Prism<br>    Orig. Asset Memo: Imported from original petition Doc# 1 | 150.00 | 0.00 | | 0.00 | FA |
| 7   03 Saturn Vue<br>    Orig. Asset Memo: Imported from original petition Doc# 1 | 9,000.00 | 0.00 | | 0.00 | FA |
| 8   Fraudulent Conveyance - Real Estate (u) | Unknown | 15,000.00 | | 15,000.00 | FA |
| **8   Assets   Totals** (Excluding unknown values) | **$11,702.00** | **$15,000.00** | | **$15,000.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

   Asset # 8 - receiving monies from Chapter 13 Trustee per court order

**Initial Projected Date Of Final Report (TFR):**   December 31, 2012   **Current Projected Date Of Final Report (TFR):**   June 20, 2014  (Actual)

Printed: 09/30/2014 01:30 PM    V.13.15

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 10-53508-BB  
**Case Name:** LAWLER, MARJORIE C  

**Taxpayer ID #:** **-***5005  
**Period Ending:** 09/30/14  

**Trustee:** THOMAS B. SULLIVAN, TRUSTEE (330180)  
**Bank Name:** The Bank of New York Mellon  
**Account:** ****-******34-65 - Money Market Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 10/18/11 | {8} | Office of Glenn B. Stearns | per court order of 04/29/2011 DEPOSIT CHECK #1486027 | 1241-000 | 477.50 | | 477.50 |
| 11/16/11 | {8} | Office of Geln B. Stearns | per court order of 04/29/2011 DEPOSIT CHECK #1488709 | 1241-000 | 477.50 | | 955.00 |
| 12/14/11 | {8} | Office of Gelnn B. Stearns | per court order of 04/29/11 DEPOSIT CHECK #1491215 | 1241-000 | 477.50 | | 1,432.50 |
| 12/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 1,407.50 |
| 01/19/12 | {8} | Office of Glen B. Stearns | per court order of 04/29/11 DEPOSIT CHECK #1493832 | 1241-000 | 477.50 | | 1,885.00 |
| 01/26/12 | | Transfer to Acct #9010013036 | Bank Funds Transfer | 9999-000 | | 1,885.00 | 0.00 |
| | | | ACCOUNT TOTALS | | 1,910.00 | 1,910.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 1,885.00 | |
| | | | **Subtotal** | | 1,910.00 | 25.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$1,910.00** | **$25.00** | |

{} Asset reference(s)

Printed: 09/30/2014 01:30 PM V.13.15

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

| Case Number: | 10-53508-BB | | Trustee: | THOMAS B. SULLIVAN, TRUSTEE (330180) |
|---|---|---|---|---|
| Case Name: | LAWLER, MARJORIE C | | Bank Name: | Capital One |
| | | | Account: | ********36 - Checking Account |
| Taxpayer ID #: | **-***5005 | | Blanket Bond: | $5,000,000.00  (per case limit) |
| Period Ending: | 09/30/14 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 01/26/12 | | Transfer from Acct #009063223465 | Bank Funds Transfer | 9999-000 | 1,885.00 | | 1,885.00 |
| 02/15/12 | {8} | OFFICE OF GLENN B. STEARNS | | 1241-000 | 477.50 | | 2,362.50 |
| 03/14/12 | {8} | OFFICE OF GLENN B. STEARNS | | 1241-000 | 477.50 | | 2,840.00 |
| 04/11/12 | {8} | OFFICE OF GLENN B. STEARNS | | 1241-000 | 482.50 | | 3,322.50 |
| 05/15/12 | {8} | OFFICE OF GLENN B. STEARMS | | 1241-000 | 482.50 | | 3,805.00 |
| 06/12/12 | {8} | OFFICE OF GLENN B STEARNS | | 1241-000 | 482.50 | | 4,287.50 |
| 07/17/12 | {8} | OFFICE OF GLENN B STEARNS | | 1241-000 | 482.50 | | 4,770.00 |
| 08/14/12 | {8} | OFFICE OF GLENN B STEARNS | | 1241-000 | 482.50 | | 5,252.50 |
| 09/11/12 | {8} | OFFICE OF GLENN B STEARNS | | 1241-000 | 482.50 | | 5,735.00 |
| 10/17/12 | {8} | OFFICE OF GLENN B STEARNS | | 1241-000 | 480.50 | | 6,215.50 |
| 11/14/12 | {8} | OFFICE OF GLENN B STEARNS | | 1241-000 | 480.50 | | 6,696.00 |
| 11/14/12 | 1001 | OFFICE OF GLENN B. STEARNS; Reverse | Should have been a deposit Voided on 11/14/12 | 1241-000 | -480.50 | | 6,215.50 |
| 11/14/12 | 1001 | OFFICE OF GLENN B. STEARNS; Reverse | Should have been a deposit Voided: check issued on 11/14/12 | 1241-000 | 480.50 | | 6,696.00 |
| 12/26/12 | {8} | OFFICE OF GLENN B. STEARNS | | 1241-000 | 480.50 | | 7,176.50 |
| 01/10/13 | 1002 | THOMAS B. SULLIVAN, BANKRUPTCY TRUS | Trustee reassignment transfer | 9999-000 | | 7,176.50 | 0.00 |
| | | | ACCOUNT TOTALS | | 7,176.50 | 7,176.50 | $0.00 |
| | | | Less: Bank Transfers | | 1,885.00 | 7,176.50 | |
| | | | Subtotal | | 5,291.50 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $5,291.50 | $0.00 | |

{} Asset reference(s)

# Form 2

## Cash Receipts And Disbursements Record

Page: 3

**Case Number:** 10-53508-BB
**Case Name:** LAWLER, MARJORIE C
**Taxpayer ID #:** **-***5005
**Period Ending:** 09/30/14

**Trustee:** THOMAS B. SULLIVAN, TRUSTEE (330180)
**Bank Name:** Rabobank, N.A.
**Account:** ******3566 - Checking Account
**Blanket Bond:** $5,000,000.00 (per case limit)
**Separate Bond:** N/A

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 01/18/13 | | BRADLEY J WALLER | TRANSFER OF FUNDS FROM PREVIOUS TRUSTEE | 9999-000 | 7,176.50 | | 7,176.50 |
| 01/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 7,166.50 |
| 02/12/13 | {8} | OFFICE OF GLENN B STEARNS | PAYMENT ON CLAIM | 1241-000 | 480.50 | | 7,647.00 |
| 02/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 7,637.00 |
| 03/12/13 | {8} | OFFICE OF GLENN B STEARNS | SETTLEMENT PAYMENT | 1241-000 | 961.00 | | 8,598.00 |
| 03/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 11.35 | 8,586.65 |
| 04/16/13 | {8} | OFFICE OF GLENN STEARNS | SETTLEMENT PAYMENT | 1241-000 | 480.50 | | 9,067.15 |
| 04/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 13.47 | 9,053.68 |
| 05/14/13 | {8} | OFFICE OF GLENN B STEARNS | SETTLEMENT PAYMENT | 1241-000 | 480.50 | | 9,534.18 |
| 05/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 13.82 | 9,520.36 |
| 06/21/13 | {8} | OFFICE OF GLENN B STEARNS | SETTLEMENT PAYMENT | 1241-000 | 480.50 | | 10,000.86 |
| 06/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 12.87 | 9,987.99 |
| 07/23/13 | {8} | OFFICE OF GLENN B STEARNS | SETTLEMENT FUNDS | 1241-000 | 480.50 | | 10,468.49 |
| 07/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 15.96 | 10,452.53 |
| 08/26/13 | {8} | OFFICE OF BLEN B STEARNS | SETTLEMENT PAYMENT | 1241-000 | 480.50 | | 10,933.03 |
| 08/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 15.10 | 10,917.93 |
| 09/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 15.17 | 10,902.76 |
| 10/21/13 | {8} | OFFICE OF GLEN B STEARNS | SETTLEMENT PAYMENT | 1241-000 | 961.00 | | 11,863.76 |
| 10/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 17.66 | 11,846.10 |
| 11/19/13 | {8} | OFFICE OF GLENN B STEARNS | SETTLEMENT PAYMENT | 1241-000 | 480.50 | | 12,326.60 |
| 11/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 16.08 | 12,310.52 |
| 12/30/13 | {8} | OFFICE OF GLENN B STEARNS | SETTLEMENT PAYMENT | 1241-000 | 480.50 | | 12,791.02 |
| 12/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 19.47 | 12,771.55 |
| 01/21/14 | {8} | OFFICE OF GLENN STEARNS | SETTLEMENT FUNDS | 1241-000 | 480.50 | | 13,252.05 |
| 01/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 19.18 | 13,232.87 |
| 02/03/14 | 101 | INTERNATIONAL SURETIES, | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/31/2013 FOR CASE #10-53508, BOND#016026455 | 2300-000 | | 10.70 | 13,222.17 |
| 02/25/14 | {8} | GLEN B STEARNS | SETTLEMENT PAYMENT | 1241-000 | 480.50 | | 13,702.67 |
| 02/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 17.80 | 13,684.87 |
| 03/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 19.02 | 13,665.85 |
| 04/21/14 | {8} | OFFICE OF GLENN B STEARNS | SETTLEMENT FUNDS | 1241-000 | 961.00 | | 14,626.85 |
| 04/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 21.33 | 14,605.52 |
| 05/13/14 | {8} | OFFICE OF GLEN STEARNS | SETTLEMENT PAYMENT | 1241-000 | 110.50 | | 14,716.02 |
| 07/28/14 | 102 | THOMAS B. SULLIVAN, TRUSTEE | Dividend paid 100.00% on $1,125.00, Trustee Compensation; Reference: | 2100-000 | | 1,125.00 | 13,591.02 |

Subtotals : $14,975.00 $1,383.98

{} Asset reference(s)

Printed: 09/30/2014 01:30 PM V.13.15

# Form 2

## Cash Receipts And Disbursements Record

Page: 4

**Case Number:** 10-53508-BB  
**Case Name:** LAWLER, MARJORIE C  

**Taxpayer ID #:** **-***5005  
**Period Ending:** 09/30/14  

**Trustee:** THOMAS B. SULLIVAN, TRUSTEE (330180)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******3566 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 07/28/14 | 103 | BRADLEY WALLER | Dividend paid 100.00% on $1,125.00, Trustee Compensation; Reference: | 2100-000 | | 1,125.00 | 12,466.02 |
| 07/28/14 | 104 | American InfoSource LP as agent for TD Bank, USA | Dividend paid 42.55% on $3,835.16; Claim# 1; Filed: $3,835.16; Reference: | 7100-000 | | 1,632.21 | 10,833.81 |
| 07/28/14 | 105 | eCAST Settlement Corporation, assignee | Dividend paid 42.55% on $782.69; Claim# 2; Filed: $782.69; Reference: | 7100-000 | | 333.11 | 10,500.70 |
| 07/28/14 | 106 | eCAST Settlement Corporation, assignee | Dividend paid 42.55% on $3,388.07; Claim# 3; Filed: $3,388.07; Reference: | 7100-000 | | 1,441.93 | 9,058.77 |
| 07/28/14 | 107 | eCAST Settlement Corporation, assignee | Dividend paid 42.55% on $1,996.40; Claim# 4; Filed: $1,996.40; Reference: | 7100-000 | | 849.65 | 8,209.12 |
| 07/28/14 | 108 | eCAST Settlement Corporation, assignee | Dividend paid 42.55% on $668.04; Claim# 5; Filed: $668.04; Reference: | 7100-000 | | 284.31 | 7,924.81 |
| 07/28/14 | 109 | Quantum3 Group LLC as agent for | Dividend paid 42.55% on $3,637.53; Claim# 7; Filed: $3,637.53; Reference: | 7100-000 | | 1,548.10 | 6,376.71 |
| 07/28/14 | 110 | LVNV Funding LLC its successors and assigns as | Dividend paid 42.55% on $9,065.89; Claim# 8; Filed: $9,065.89; Reference: | 7100-000 | | 3,858.36 | 2,518.35 |
| 07/28/14 | 111 | Quantum3 Group LLC as agent for | Dividend paid 42.55% on $1,850.33; Claim# 9; Filed: $1,850.33; Reference: | 7100-000 | | 787.48 | 1,730.87 |
| 07/28/14 | 112 | Quantum3 Group LLC as agent for | Dividend paid 42.55% on $3,835.16; Claim# 10; Filed: $3,835.16; Reference: | 7100-000 | | 1,632.21 | 98.66 |
| 07/28/14 | 113 | Atlas Acquisitions LLC | Dividend paid 42.55% on $231.82; Claim# 11; Filed: $231.82; Reference: | 7100-000 | | 98.66 | 0.00 |

|  |  | Receipts | Disbursements |  |
|---|---|---|---|---|
| | ACCOUNT TOTALS | 14,975.00 | 14,975.00 | $0.00 |
| | Less: Bank Transfers | 7,176.50 | 0.00 | |
| | **Subtotal** | 7,798.50 | 14,975.00 | |
| | Less: Payments to Debtors | | 0.00 | |
| | **NET Receipts / Disbursements** | **$7,798.50** | **$14,975.00** | |

Net Receipts : 15,000.00  
───────────  
Net Estate : $15,000.00  

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| MMA # ****-******34-65 | 1,910.00 | 25.00 | 0.00 |
| Checking # ********36 | 5,291.50 | 0.00 | 0.00 |
| Checking # ******3566 | 7,798.50 | 14,975.00 | 0.00 |
| | $15,000.00 | $15,000.00 | $0.00 |